## WASHINGTON GLASS COMPANY v. LEACH.

[No. 2,368.    Filed January 26, 1898.]

From the Hamilton Circuit Court.    Reversed.

George Shirts, I. A. Kilbourne and John W. Kern, for appellant.

Thomas J. Kane and Ralph K. Kane, for appellee.

WILEY, J.—The record in this case presents the same questions as those in Washington Glass Company v. Mosbaugh, ante, 105, and, upon the authority of that case, the judgment is reversed.